

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00080-CV

_____

CHRISTOPHER CASTLEBERRY, Appellant

V.

CHARLOTTE LYNN SHIRLEY, PERRY M. SHIRLEY, INDIVIDUALLY, AND
PERRY M. SHIRLEY D/B/A PERRY SHIRLEY CONCRETE, Appellees

On Appeal from the 76th District Court
Morris County, Texas
Trial Court No. 25167

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Christopher Castleberry, Appellant, filed a notice of appeal in this matter on September 21, 2021. The clerk's record was due to be filed in this case on or before November 5, 2021. Appellant is not indigent and is thus responsible for paying or making adequate arrangements to pay the clerk's fee for preparing the record. *See* TEX. R. APP. P. 37.3(b). The district clerk has informed this Court that the fee has not been paid for preparation of the clerk's record.

By letter dated November 18, 2021, Appellant was provided with notice of and an opportunity to cure this defect. *See* TEX. R. APP. P. 42.3(b), (c). The November 18 letter further warned Appellant that, if he did not submit an adequate response to the notice by November 29, 2021, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules. Appellant has not paid for preparation of the clerk's record and has not filed proof of indigency. *See* TEX. R. APP. P. 20.1. Further, we have received no communication from Appellant responsive to the November 18 correspondence. Accordingly, this appeal is ripe for dismissal.

Pursuant to Rule 42.3, subsections (b) and (c), of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.


Josh R. Morriss, III
Chief Justice

Date Submitted:    December 16, 2021
Date Decided:    December 17, 2021